UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TONJA FRANCES BROWN,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE COPORTATION,<br><br>Defendant. | Case No. 3:22-cv-00208-ART-CLB<br><br>**SECOND ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT REPORT** |

On May 20, 2022, this Court ordered the parties to file a joint case management report by on or before June 24, 2022. (ECF No. 10.) To date, no joint case management has been filed with the Court. Moreover, neither party filed any request or motion to be excused from complying with the Court's order.

Therefore, the parties are again ordered to file a joint case management report, as outlined in the Court's Order dated May 20, 2022, (ECF No. 10), by no later than **October 3, 2022**. The failure file the report ordered herein or to follow the Court's orders may result in sanctions.

**IT IS SO ORDERED.**

**DATED**: 9/13/2022    .

_____
UNITED STATES MAGISTRATE JUDGE