TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
*tim@valientemott.com*
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
*jim@valientemott.com*
PETER PETERSEN, ESQ.
Nevada Bar No. 14256
*peter@valientemott.com*
**VALIENTE MOTT, LTD.**
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 623-2323
Facsimile: (702) 623-2323

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TONJA FRANCES BROWN, an individual, | Case No.: 3:22-cv-00208-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR SETTLEMENT CONFERENCE** |
| COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE, a foreign corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

The parties to this action, Plaintiff TONJA FRANCES BROWN and Defendants COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE, by and through their respective counsel of record, hereby stipulate and request that the Court set this matter for a settlement conference before a United States Magistrate Judge pursuant to Local Rule 16-5.

…

…

…

1

The parties respectfully request that the Court issue an order scheduling a settlement conference between the parties in this matter.

| Respectfully Submitted by: | Approved to Form and Content by: |
|---|---|
| DATED this *15th* day of December 2023. | DATED this this *15th* day of December 2023. |
| **VALIENTE MOTT, LTD.** | **ROBISON, SHARP, SULLIVAN & BRUST** |
| */s/* James A. Trummell | */s/ Michael E. Sullivan* |
| TIMOTHY A. MOTT, ESQ.<br>Nevada Bar No. 12828<br>JAMES A. TRUMMELL, ESQ.<br>Nevada Bar No. 14127<br>PETER PETERSEN, ESQ.<br>Nevada Bar No. 14256<br>7785 W. Sahara Ave. #102<br>Las Vegas, Nevada 89117 | MICHAEL E. SULLIVAN, ESQ.<br>Nevada Bar No. 5142<br>HANNAH E. WINSTON, ESQ.<br>Nevada Bar No. 14520<br>71 Washington Street<br>Reno, Nevada 89503 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

The terms of the above stipulation between Plaintiff TONJA FRANCES BROWN and Defendants COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE, by and through their respective counsel, shall be the order of this Court. The Court will issue a separate order scheduling the settlement conference.

**IT IS SO ORDERED** this  18th  day of   December   , 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:**   12/18/2023

2