# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONJA FRANCES BROWN, an individual; | Case No.: 3:22-cv-00208-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |
| COSTCO WHOLESALE CORPORATION, dba COSTCO WHOLESALE, a foreign corporation; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff TONJA FRANCES BROWN and Defendant COSTCO WHOLESALE CORPORATION, that the entire above referenced case be dismissed with prejudice, with all the Parties to bear their own attorney's fees and costs.

///

///

///

///

///

///

///

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

Dated this 11th day of April 2024.

VALIENTE MOTT, LTD.,

*[signature]*

JAMES A. TRUMMELL, ESQ.
700 South 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

Dated this 12th day of April 2024.

ROBISON, SHARP, SULLIVAN & BRUST

*[signature]*

MICHAEL E. SULLIVAN, ESQ.
71 Washington Street
Reno, Nevada 89503
*Attorney for Defendant*

**IT IS SO ORDERED.**

*[signature]*

Anne R. Traum
United States District Judge

DATED: April 12, 2024

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

2